# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MICHAEL T. CURTIN,

    Plaintiff,

v.                                                      Case No. 6:20-cv-981-RBD-DCI

NORTHROP GRUMMAN
CORPORATION,

    Defendant.
_____

## ORDER

Plaintiff, proceeding *pro se*, sued Defendant under the Employment Retirement Income Security Act, alleging Defendant improperly denied him retirement benefits. (Doc. 1.) Defendant moved for summary judgment. (Doc. 29 ("Motion").) On referral, U.S. Magistrate Judge Daniel C. Irick recommends granting the Motion, finding Plaintiff sued the wrong party. (Doc. 34 ("R&R").)

Plaintiff did not object to the R&R, and the time for doing so has now passed. So the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding none, the R&R is adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 34) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2. Defendant Northrop Grumman Corporation's Dispositive Motion for Summary Judgment (Doc. 29) is **GRANTED.**

3. The Clerk is **DIRECTED** to enter judgment in favor of Defendant and against Plaintiff, and to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 25, 2021.

ROY B. DALTON JR.
United States District Judge

Copies to:
*Pro Se* Party